IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JEFFREY WILLIAMS,
    Plaintiff,

v.                              Case No.  3:13cv98/MCR/CJK

STATE OF FLORIDA,
    Defendant.
_____

O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on April 16, 2013 (doc. 6), pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any,[1] the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    This cause is DISMISSED under 28 U.S.C. § 1915(e)(2)(B)(ii) and (iii), for plaintiff's failure to state a claim upon which relief may be granted and because plaintiff seeks monetary relief against a defendant who is immune from such relief.

---

[1] No objections have been timely filed.

3. The clerk is directed to close the file.

DONE AND ORDERED this 28th day of May, 2013.


*M. Casey Rodgers*
M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE

*Case No: 3:13cv98/MCR/CJK*